IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO 09-0658-KD-C |
| | ) | |
| **$3,079.00, more or less,** | ) | |
| **in U.S. CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT OF FORFEITURE

Pursuant to the Order entered this day, Plaintiff's Motion for Entry of Forfeiture (doc. 19) is granted and JUDGMENT is hereby entered as follows:

1. The sum of $2,579.00 of the defendant $3,079.00 is forfeited to the United States for disposition in accordance with the law, pursuant to 21 U.S.C. § 881(a)(6);

2. The sum of $500.00 of the defendant $3,079.00 is to be returned to claimant Donald Ray by the United States Marshals Service.

3. Each party is to bear its own costs..

**DONE** and **ORDERED** this 21st day of July, 2011.

                                           s / Kristi K DuBose
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**